UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS M. RODRIGUEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY SERVICES, LLC, a Delaware limited liability company; and DOES 1–50, inclusive,<br><br>Defendant. | Case No.: 18-CV-2744 JLS (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 11) |

Presently before the Court is the parties' Joint Motion to Dismiss with Prejudice. ECF No. 11.  Good cause appearing, the Court **GRANTS** the Joint Motion.  As stipulated by the parties, the Court **DISMISSES WITH PREJUDICE** the action in its entirety with each party to bear its own attorney's fees and costs.  The Clerk of Court will close the file.

**IT IS SO ORDERED.**

Dated: April 4, 2019

Hon. Janis L. Sammartino
United States District Judge